[No. 2484-1. Division One. December 9, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY FAYE KAUFMAN *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 64189, Theodore S. Turner, J., entered August 21, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and James, JJ.

[No. 841-3. Division Three. December 9, 1974.]

PAUL W. KING *et al.*, *Respondents*, v. WILLIAM J. FOX *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 55413, Blaine Hopp, Jr., J., entered March 9, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 999-3. Division Three. December 11, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN GALE MAERTENS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 18729, Sidney R. Buckley, J., entered October 26, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1323-3. Division Three. December 11, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LEE RUFF, *Petitioner*.

Certiorari to review a judgment of the Superior Court for Franklin County, No. 3163, Fred R. Staples, J., entered October 18, 1974. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.